UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRY ALEXANDER RAMOS,

           Plaintiff,

v.

KING COUNTY JAIL, *et al.*,

           Defendants.

Case No. C21-194-JCC-MLP

REPORT AND RECOMMENDATION

On February 16, 2021, Plaintiff submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he alleges that his constitutional rights were violated when a corrections officer at the King County Jail took away his property, including legal property, and when he was questioned following his arrest without first being read his rights. (Dkt. # 1 at 4-5.) Plaintiff failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis*. Plaintiff also failed to submit all necessary pages of his complaint, including the signature page.

On February 18, 2021, the Clerk sent Plaintiff a letter advising him that his submission was deficient because of these omissions. (Dkt. # 2.) The Clerk explained that in order to correct the filing fee deficiency Plaintiff would have to either pay the full filing fee or submit an

REPORT AND RECOMMENDATION - 1

application to proceed with this action *in forma pauperis*. The Clerk further explained that Plaintiff would have to submit the missing pages of his complaint, and sign and date the last page, in order to correct the deficiencies in his pleading. (*Id*.) Plaintiff was advised that he would need to correct these deficiencies not later than March 22, 2021 or risk dismissal of this action. (*Id*.) To date, Plaintiff has not corrected any of the deficiencies identified in the Clerk's letter.

As Plaintiff has had ample time to correct the deficiencies identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 7, 2021**.

DATED this 12th day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2