THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRY ALEXANDER RAMOS-FILOSA, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY JAIL, *et al.*, <br><br> Defendants. | CASE NO. C21-0194-JCC <br><br> ORDER |

This matter comes before the Court on United States Magistrate Judge Michelle L. Peterson's Report and Recommendation ("R&R") recommending that the Court dismiss Mr. Ramos-Filosa's complaint without prejudice because he has failed to pay the filing fee or apply to proceed *in forma pauperis*. (*See* Dkt. No. 3.) Mr. Ramos-Filosa has not objected to the R&R, nor has he cured the deficiency. Therefore, the Court ADOPTS the R&R and DISMISSES the complaint without prejudice. The Court DIRECTS the Clerk to close this case and to send a copy of this order to Mr. Ramos-Filosa and Judge Peterson.

DATED this 10th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0194-JCC
PAGE - 1